UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LAWRENCE L. CRAWFORD,
    a/k/a/ Jonah Gabriel Jahjah T. Tishbite,

                               Plaintiff,
                                                                                    9:11-CV-1437
        v.                                                                          (DNH//RFT)

THE UNITED STATES; THE KINGDOM OF
SAUDI ARABIA; GREAT BRITAIN, et al.,

                               Defendants.
_____

APPEARANCES:

LAWRENCE L. CRAWFORD
Plaintiff pro se
Lieber Correctional Institution
P.O. Box 205
Ridgeville, SC 29472

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff Lawrence L. Crawford, a/k/a/ Jonah Gabriel Jahjah T. Tishbite commenced this action in December 2011. Plaintiff did not pay the filing fee for this action and sought leave to proceed in forma pauperis.

      On February 9, 2012, a Decision and Order and was issued denying plaintiff's in forma pauperis application pursuant to the three strikes provision set forth in 28 U.S.C. § 1915(g). Dkt. No. 16 (the "February Order"). As discussed in the February Order, plaintiff is a frequent litigator in the federal courts and the three strikes rule has been applied against him since at least 2009. Id. at 2. Upon review of plaintiff's litigation history, it is

found that plaintiff had acquired three "strikes" for purposes of 28 U.S.C. § 1915(g) prior to commencing this action. Id. at 3. Upon due consideration, it is also found that the non-conclusory allegations of the complaint do not even suggest, let alone demonstrate, that plaintiff faced an imminent danger of serious physical harm when he filed this action that is fairly traceable to unlawful conduct asserted in the complaint and which would be redressed by a favorable judicial outcome. Id. at 3-5.[1]

Because plaintiff's application for in forma pauperis status was denied, he was directed to pay the filing fee of $350.00 in full if he wished to avoid dismissal of this action. Dkt. No. 16 at 5. Plaintiff was specifically advised that his failure to comply with the February Order within thirty days of the filing date thereof would result in the dismissal of this action. Id.

Plaintiff did not pay the filing fee as directed by the February Order. Moreover, although an additional ninety days have elapsed since that payment deadline, during which time plaintiff has filed numerous motions and supplemental submissions,[2] he still has not complied with the February Order.

Accordingly, it is

ORDERED that

---

[1] As noted in the February Order, the complaint in this action is substantially similar to the complaint filed in Crawford v. The Kingdom of Saudi Arabia, 11 C 8347, Order (N.D. Ill. filed Dec. 13, 2011). Upon review, that court found that "[c]ontrary to Plaintiff's conclusory allegations [of imminent physical harm], the complaint does not involve imminent danger of serious physical injury." Id.

[2] See Dkt. Nos. 18, 19, 20, 26, 28, 29, 31. Among the motions filed by plaintiff is a request to consolidate this action with Strozier v. United States, No. 9:12-CV-0333 (TJM/TWD), an action commenced in the Northern District of New York on February 27, 2012, in which plaintiff is one of thirty-seven named plaintiffs. See Dkt. No. 18. Plaintiff appears to contend that consolidation of these actions will enable him to proceed without payment of the filing fee because the other plaintiffs in Strozier are not subject to the three strikes provision of § 1915(g). Id. Upon review, it is found that nothing in these motions warrants reconsideration of the February Order, or in any way suggests that plaintiff should be afforded additional time in which to pay the filing fee.

2

1.  This action is **DISMISSED** due to plaintiff's failure to timely pay the $350.00 filing fee for this action in full and the Clerk is directed to enter judgment accordingly;

2.  In light of the dismissal of this action, all pending motions are **DENIED**; and

3.  The Clerk shall serve a copy of this Decision and Order on plaintiff.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 22, 2012
       Utica, New York.